THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN JOHNSON, Appellant. [937 NYS2d 906]

Present—Centra, J.P., Fahey, Peradotto, Carni and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE L. BUGGS, Also Known as CONGO, Appellant. [938 NYS2d 494]

Present—Centra, J.P., Fahey, Peradotto, Carni and Martoche, JJ.